## TERRITORY OF MICHIGAN
### v.
## ICHABOD LEITCH

1809

JOURNAL ENTRIES

1. Plea; issue; jurors; verdict; judgment . . . *Journal, infra,* *p. 234

PAPERS IN FILE

[None]

## GABRIEL GODFROY, JR.
### v.
## JAMES McPHERSON

1809

JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . *Journal, infra,* *p. 235

PAPERS IN FILE

[None]